UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **LARKIN,** | **CASE NO. 1:17-cv-328** |
| **Plaintiff/Relator,** | <u>**FILED UNDER SEAL**</u> |
| v. | **JUDGE DLOTT** |
| **DARLING INGREDIENTS, INC.,** *et al.,* | |
| **Defendants.** | |

## <u>ORDER</u>

The Court, having considered the United States' Notice of Election to Intervene and *Ex Parte* Motion for Order Lifting Seal,

IT IS HEREBY ORDERED as follows:

1) The seal is lifted as to the filing of this case, the First Amended Complaint filed by Relator herein (Doc. #20), the Notice of Election to Intervene filed by the United States (Doc. #21), and all pleadings filed and orders entered subsequent to the Notice of Election to Intervene. All other pleadings filed and orders entered in this case shall remain under seal and not be made public;

2) The filing of this case and the pleadings that are either unsealed by this Order, or subsequently not filed under seal, shall appear and be made available on the Court's Case Management/Electronic Case Files System;

3) The United States and Relator shall file a stipulation of dismissal of this case, in accordance with the settlement agreements entered by the parties; and

4) The Court shall retain jurisdiction to address any disputes arising under the settlement agreements entered by the parties.

                                                    _Susan J. Dlott_
                                                    UNITED STATES DISTRICT JUDGE

Dated: _April 30_, 2020